UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GODFREY LOGAN, JR., Plaintiff, v. POPEYE'S LOUISIANA KITCHEN, INC., Defendant. | No. 2:26-cv-00930-DAD-SCR<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND</u><br><br>(Doc. Nos. 2, 3) |

Plaintiff initiated this civil action by filing a complaint on March 16, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 24, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because, as the magistrate judge explained:

> Plaintiff's complaint fails to comply with Rule 8, fails to state a claim, and appears to be factually and legally without merit. A complaint is frivolous if it lacks an arguable basis in law or fact. The Court finds the complaint is frivolous. Plaintiff has filed what purports to be a $62 million RICO lawsuit based on either: 1) a mistake with his order, which resulted in getting a chicken sandwich instead of a three piece meal; or 2) being over- or under-charged $1 to $2. Plaintiff fails to state a claim under RICO.

(Doc. No. 3.) In addition, the magistrate judge found that the granting of leave to amend would be futile given the frivolous nature of the complaint and plaintiff's history of filing similarly

frivolous actions with this court that have been dismissed at the pleading stage. (*Id.* at 4.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without leave to amend. (*Id.*) The magistrate judge also recommended that plaintiff's motion to proceed *in forma pauperis* be denied in light of the frivolous nature of his complaint and its dismissal without leave to amend. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4–5.) Plaintiff has not filed any objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued July 24, 2026 (Doc. No. 3), are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2), is DENIED;
3. Plaintiff's complaint (Doc. No. 1), is dismissed without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE